# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

TASHA N. WILSON and CHRISTOPHER WILSON,

  Plaintiffs,

v.

BOSTON SCIENTIFIC CORPORATION,

  Defendant.

)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:20-cv-00121-TAV-CHS

District Judge Thomas A. Varlan

Magistrate Judge Christopher H. Steger

## <u>NOTICE OF APPEARANCE</u>

Please take notice that Samuel L. Felker and Sarah D. Murray of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, hereby enter their appearance as co-counsel of record on behalf of Defendant in the above matter.

Respectfully submitted this 21st day of May, 2020.

         **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

         By:  s/Samuel L. Felker    
             Samuel L. Felker, (BPR #9045)
             Sarah D. Murray, (BPR #33454)
             211 Commerce Street, Suite 800
             Nashville, Tennessee 37201
             Tel:  (615) 726-5558
             Fax:  (615) 744-5558
             samfelker@bakerdonelson.com
             smurray@bakerdonelson.com

             *Attorneys for Defendant Boston Scientific Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2020, the foregoing NOTICE OF APPEARANCE was filed via the Court's Electronic Filing System. Therefore, notice of this filing will be sent by operation of the Court's Electronic Filing System to all registered users.

Additionally, parties and counsel were served on May 21, 2020 via electronic mail as follows:

Charles Bland Patrick
Jeffrey L. Haberman
Zane Berg
SCHLESINGER LAW OFFICES
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
jhaberman@schlesingerlaw.com
zane@schlesingerlaw.com

*Attorneys for Plaintiff*

James H. Keale
TANENBAUM KEALE
One Newark Center, 16th Floor
1085 Raymond Boulevard
Newark, NJ 07102
jkeale@tktrial.com

*Attorney for Defendant Boston Scientific
Corporation*

Michael Bonasso
Flaherty, Sensabaugh & Bonasso,
PLLC
200 Capitol Street
P O Box 3843
Charleston, WV 25301
mbonasso@fsblaw.com

*Attorney for Defendant Boston Scientific
Corporation*

Jon A. Strongman
SHOOK HARDY & BACON
2555 Grand Boulevard
Kansas City, MO 64108
jstrongman@shb.com

*Attorney for Defendant Boston Scientific
Corporation*

s/Samuel L. Felker
Samuel Felker